**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAMIM MOHAMAD ALKADAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-1405-JSD |
| | ) | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 9),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter **without** prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i). Each party shall bear its own costs.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss (ECF No. 6) is **DENIED as moot**.

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 13th day of October, 2026.